IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-86-D

| | | |
|---|---|---|
| TRACY WOODY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BANK OF AMERICA CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On July 20, 2010, the court granted defendants' motion to dismiss as to all of plaintiff Tracy Woody's claims except her TILA and Regulation Z claim against defendant Countrywide Home Loans, Inc. ("Countrywide") [D.E. 19]. On July 30, 2010, Woody filed a motion to set aside this court's order of July 20, 2010 [D.E. 23]. On August 6, 2010, defendants responded in opposition [D.E. 25]. Plaintiff's motion [D.E. 23] lacks merit and is denied.

Additionally, on July 22, 2010, Woody filed a motion to enjoin the foreclosure sale of a specified property in Raleigh, North Carolina [D.E. 20]. However, Countrywide, the sole remaining defendant, is not a party to the foreclosure proceedings that Woody seeks to enjoin. See Mot. to Enjoin, Ex. 5. Woody has produced no evidence showing otherwise. Accordingly, the court denies the motion [D.E. 20].

As explained above, the court DENIES the motion to enjoin [D.E. 20] and the motion to set aside [D.E. 23].

SO ORDERED. This 20 day of August 2010.

                                          JAMES C. DEVER III
                                          United States District Judge