IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-86-D

| | | |
|---|---|---|
| TRACY WOODY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BANK OF AMERICA CORPORATION, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

On July 20, 2010, this court dismissed Tracy Woody's ("plaintiff" or "Woody") claims against all defendants except Countrywide Home Loans, Inc. ("Countrywide"). On August 3, 2010, Countrywide answered, and attached various documents to its pleadings in order to demonstrate compliance with the Truth-In-Lending Act (15 U.S.C. §§ 1601 et seq.) and Regulation Z (12 C.F.R. §§ 226.1 et seq.). On May 20, 2011, Countrywide moved for judgment on the pleadings as to Woody's claims under TILA and Regulation Z. Woody did not respond to Countrywide's motion for judgment on the pleadings.

The documents Countrywide attached to its pleadings demonstrate that, where applicable, Countrywide complied with TILA and Regulation Z. The documents also show that the Home Ownership and Equity Protection Act, 15 U.S.C. §§ 1639 et seq., does not apply to the loans at issue.

In light of the record and after fully considering Countrywide's motion for judgment on the pleadings, the court GRANTS the motion for judgment on the pleadings [D.E. 37]. Accordingly, having now resolved all claims in the action, the action is DISMISSED with prejudice.

SO ORDERED. This 28 day of June 2011.

JAMES C. DEVER III
United States District Judge